**Kim D. PORTER, Plaintiff–Appellant,**

v.

**Douglas Alan DOUBET, Correctional Officer, Defendant–Appellee.**

No. 03–6319.

United States Court of Appeals, Fourth Circuit.

Submitted July 16, 2003.

Decided Aug. 8, 2003.

Kim D. Porter, Appellant Pro Se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kim D. Porter appeals the district court's order entering judgment for Defendant following trial in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and conclude that there are no meritorious issues for appeal. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*